# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FORD MOISE, ANTHONY BURKE,**
**ANTHONY COOPER,**

        **Plaintiffs,**

**-vs-**                                                                    **Case No. 6:04-cv-1782-Orl-28DAB**

**A ROYAL IMAGE CLEAN TEAM, INC.,**
**RHONDA JACKSON,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Motion for Default Judgment (Doc. No. 12) filed April 18, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 20, 2005 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. No. 12) is **DENIED without prejudice** with leave to refile upon a more detailed showing and explanation regarding the deficiencies addressed in the Report and Recommendation (Doc. No. 14). Plaintiff shall have until June 1, 2005, to file an Amended Motion for Default Judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of May, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party