UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FORD MOISE, ANTHONY BURKE,
ANTHONY COOPER,

          Plaintiffs,

-vs-                              Case No. 6:04-cv-1782-Orl-28DAB

A ROYAL IMAGE CLEAN TEAM, INC.,
RHONDA JACKSON,

          Defendants.

## ORDER

This case is before the Court on the Amended Motion for Entry of Default Judgment (Doc. No. 16) filed June 1, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed June 3, 2005 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Clerk is directed to enter Judgment in favor of Plaintiff Anthony Burke in the amount of $3,104.00, and in favor of Plaintiff Ford Moise in the amount of $5,544.00. Plaintiffs Burke and Moise are further awarded attorney's fees in the amount of $1,925.00.

3. Costs should be taxed by the Clerk following entry of judgment and completion of the Bill of Costs.

4. Plaintiff Anthony Cooper's claim is dismissed for failure to prosecute.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of June, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party